## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HORIZON MEDICINES LLC and NUVO PHARMACEUTICALS (IRELAND) DESIGNATED ACTIVITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No. 2:15-cv-03326-SRC-CLW<br><br>(consolidated for discovery purposes with:<br>C.A. No. 2:16-cv-04918-SRC-CLW,<br>C.A. No. 2:16-cv-09035-SRC-CLW,<br>C.A. No. 2:15-cv-03327-SRC-CLW,<br>C.A. No. 2:16-cv-04921-SRC-CLW,<br>C.A. No. 2:15-cv-03324-SRC-CLW,<br>C.A. No. 2:16-cv-04920-SRC-CLW) |

## STIPULATION OF DISMISSAL

1.      Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Horizon Medicines LLC and Nuvo Pharmaceuticals (Ireland) Designated Activity Company (together, "Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc. (together, "Lupin") (collectively, "Parties") hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action ("Action"), are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party.

2.      The Court specifically retains jurisdiction over Plaintiffs and Lupin for the purpose of adjudicating any issues arising from the settlement of this Action.

3.      Each Party is to bear its own costs and attorneys' fees.

IT IS on this ___8___ day of _____, 2019:

SO ORDERED:

_____
Hon. Stanley R. Chesler
United States District Court Judge

s/ Karen A. Confoy
Karen A. Confoy
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
609-844-3033
kconfoy@foxrothschild.com

*Of Counsel:*

Sailesh K. Patel (admitted *pro hac vice*)
Helen H. Ji (admitted *pro hac vice*)
**SCHIFF HARDIN LLP**
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
312-258-5500

Stephen J. Smith
**SCHIFF HARDIN LLP**
901 K Street NW, Suite 700
Washington, DC 20001
202-778-6400

*Attorneys for Defendants Lupin Ltd.
and Lupin Pharmaceuticals, Inc.*

s/ John E. Flaherty
John E. Flaherty
Ravin R. Patel
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444

*Attorneys for Plaintiffs Horizon Pharma,
Inc., Horizon Pharma USA, Inc. and Nuvo
Pharmaceuticals (Ireland) Designated
Activity Company*

Stephen M. Hash
Jeffrey Gritton
Samoneh Kadivar
**BAKER BOTTS, LLP**
98 Jacinto Boulevard, Suite 1500
Austin, TX 98701-4078
512-322-2587

*Of Counsel for Plaintiff Nuvo
Pharmaceuticals (Ireland) Designated
Activity Company*

Ellen A. Scordino
**COOLEY LLP**
500 Boylston Street
Boston, MA 02116-3736
617-937-2300

Jonathan G. Graves
**COOLEY LLP**
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
703-456-8000

Susan M. Krumplitsch
Philip H. Mao
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
650-843-5000

*Of Counsel for Plaintiff Horizon Pharma,
Inc., Horizon Pharma USA, Inc.*